1  Scott Edward Cole, Esq. (S.B. #160744)
   Laura Grace Van Note, Esq. (S.B. #310160)
2  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
3  Oakland, California 94607
   Telephone:  (510) 891-9800
4  Facsimile:(510) 891-7030
   Email: sec@colevannote.com
5  Email: lvn@colevannote.com

6  Attorneys for Representative Plaintiffs

7

            UNITED STATES DISTRICT COURT
8
            CENTRAL DISTRICT OF CALIFORNIA
9

10

11  CHARLES OWENS and FELICIA          **CASE NO. 2:23-cv-01789-JAK-JDE**
    LIVINGSTON, individually and on
12  behalf of all others similarly situated,   **STIPULATION RE VOLUNTARY
                                                 DISMISSAL PER FRCP 41a (1)**
13                        Plaintiffs,
                                            **Judge:      Hon. John A. Kronstadt
14          v.                              Courtroom:  10C**

15  SMITH, GAMBRELL & RUSSELL
    INTERNATIONAL, LLP; and DOES
16  1-100,

17                        Defendants.

18

19

20

21

22

23

24

25

26

27

28

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Charles Owens and

2    Felicia Livingston and Defendant Smith, Gambrell & Russell International, LLP,

3    hereby stipulate and agree to Plaintiffs' voluntary dismissal of this action in its

4    entirety, without prejudice, and that each party shall bear its own fees and costs

5    except as may otherwise be provided by any agreement between the parties.

6

7    IT IS SO STIPULATED.

8

9

10    Dated:  December 4, 2024              **COLE & VAN NOTE**

11

12                                          By: /s/ Laura Grace Van Note
                                                Laura Grace Van Note, Esq.
13

14                                          *Attorneys for Representative Plaintiffs*

15

16    Dated:  December 4, 2024              **CLARK HILL LLP**

17

18                                          By: /s/ Mason N. Floyd
                                                Mason N. Floyd, Esq.
19

20                                          *Attorneys for Defendant*

21

22

23

24

25

26

27

28

STIPULATION RE VOLUNTARY DISMISSAL
CASE NO. 2:23-cv-01789-JAK-JDE

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 04, 2024, I electronically filed the  foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

<u>/s/Laura Grace Van Note</u>
Laura Grace Van Note, Esq.